USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: [illegible]
DATE FILED: 12/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBAN FT (NORTH AMERICA), LLC,

Plaintiff,

-v-

SUNRISE BANKS, N.A. and ERIC SCHURR,

Defendants.

19cv10833 (DLC)

ORDER

DENISE COTE, District Judge:

Counsel for the defendants shall serve the Court's December 2, 2019 Order on the plaintiff and shall file proof of service by December 6.

SO ORDERED:

Dated: New York, New York
December 5, 2019

DENISE COTE
United States District Judge