UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    19cv10833(DLC)
URBAN FT (NORTH AMERICA), LLC,       :
                                     :         ORDER
                          Plaintiff, :
          -v-                        :
                                     :
SUNRISE BANKS, N.A. and ERIC SCHURR, :
                                     :
                         Defendants. :
                                     :
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/19

DENISE COTE, District Judge:

On November 22, 2019, the defendants removed this case to federal court. By an Order of December 2, the Court notified the plaintiff that the case would be dismissed unless counsel for plaintiff filed a notice of appearance by December 13. On December 5, the Court ordered defendants to serve the December 2 Order on the plaintiff. The defendants filed a certificate of service on December 5, indicating that the plaintiff had been served by mail with the December 2 Order. The December 13 deadline has now passed, and plaintiff has not filed a notice of appearance or otherwise communicated to the Court that it

intends to continue to prosecute this case. Accordingly, it is hereby

ORDERED that the above-captioned action is dismissed.

Dated: New York, New York
December 16, 2019

```
                    _____
                            DENISE COTE
                    United States District Judge
```

Copy Mailed To:

Alan P. Fraade
The Mintz Fraade Law Firm, P.C.
260 Madison Avenue, 16th Floor
New York, NY 10016