UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
URBAN FT (NORTH AMERICA), LLC,

                    Plaintiff,      19cv10833 (DLC)

     -v-

                                ORDER

SUNRISE BANKS, N.A. and ERIC SCHURR,

                    Defendants.
------------------------------------------X

DENISE COTE, District Judge:

Through an Order of January 13, 2020, plaintiff was instructed to file any amended complaint by February 7. On the day of the deadline, the plaintiff filed an amended complaint. On February 10, plaintiff's amended complaint was rejected as deficient due to a filing error. Accordingly, it is hereby

ORDERED that the plaintiff may cure the deficiency by **February 14.**

Dated:    New York, New York
           February 12, 2020

                                        _____
                                            DENISE COTE
                                  United States District Judge